IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| GILEAD SCIENCES, INC. | : | NO. 14-6978 |

ORDER

AND NOW, this 4th day of May, 2015, upon consideration of plaintiffs' amended complaint (docket entry #9), defendant Gilead Sciences, Inc.'s motion to dismiss for failure to state a claim (docket entry #16), plaintiffs' response in opposition thereto, defendant's reply, plaintiffs' motion for leave to file a sur-reply (docket entry #20), defendant's opposition thereto, and Ronald A. Williams's pro se motion to intervene (docket entry #22), and for the reasons set forth in our Memorandum issued this day on this case, it is hereby ORDERED that:

1. Plaintiffs' motion to file a sur-reply (docket entry #20) is GRANTED;

2. Defendant's motion to dismiss (docket entry #16) is GRANTED;

3. Plaintiffs' amended complaint (docket entry #9) is DISMISSED;

4. Ronald A. Williams's pro se motion to intervene (docket entry #22) is DENIED AS MOOT; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.